UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WREN CORDES * | | CIVIL ACTION NO.: |
| Plaintiff * | | |
| * | | |
| VERSUS * | | SECTION |
| * | | |
| * | | |
| OSG SHIPMANAGEMENT, LTD * | | |
| Defendant * | | MAGISTRATE |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

**TO: THE HONORABLE JUDGE OF THE EASTERN DISTRICT OF THE STATE OF LOUISIANA:**

The complaint of WREN CORDES, a person of the full age of majority and a citizen of and domiciled in the State of Louisiana, with respect avers:

1.

Made defendant herein is **OSG SHIPMANAGMENT, LTD** (hereinafter **"OSD"**), a foreign company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC § 1331 and the general maritime law and venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District.

3.

That at all times material hereto, plaintiff was working as a Jones Act seaman and alternatively as a Longshore Harbor Worker and was employed by Cooper T. Smith as a boat operator/lineman.

4.

That on or about the 14th of November, 2011, plaintiff was receiving bow mooring line from the Overseas Yellowstone (owned and managed by OSG) while attempting to dock at the Eron Terminal in St. James Parish, Louisiana when the line became tangled causing the wench to retrieve the line rather than pay out the line and further causing the shackle welded to the end of the line to spin from the dock wench and strike plaintiff in the hand causing severe, debilitating, disfiguring and permanent injuries to his wrist.

5.

That the above described incident was caused solely by the negligence of **OSG** through its agents, servants and employees which are more particularly described as follows:

### NEGLIGENCE OF OSG

a. Failing to pay attention to the morning line to ensure that it was paying out rather than being retrieved by the wench while attempting to dock ;

b. Failing to have a reasonable means of communication between the deck crew responsible for paying out the mooring line and the deck crew that were receiving the line; and

c. Failing to adequately train its crew in safe docking procedures including but not limited to paying attention to ensure that the line was paying out rather than retrieving.

6.

That as a result of the negligence of the defendant, **OSG,** plaintiff sustained the following damages:

Physical pain and suffering, past, present and future;

Mental pain and suffering, past, present and future;

Loss of earnings, past, present and future;

Loss of earnings capacity ;

Medical expenses, past, present and future;

Disfigurement;

Loss of enjoyment of life;

Permanent disability.

7.

Plaintiff hereby designates this as a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff, WREN CORDES, prays that the defendant **OSG** be duly cited and served with a copy of this Complaint and that after due proceedings are had that there be judgment rendered in favor of your plaintiff Wren Cordes and against the defendant **OSG** in an amount sufficient to adequately compensate him for his damages, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

BRUNO & BRUNO

__/s/ Stephen P. Bruno_____
STEPHEN P. BRUNO, #1272
855 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113
(504) 525-1335

WILL SERVE BY WAIVER

OSG SHIP MANAGEMENT, LTD
THROUGH ITS CEO
666 THIRD AVENUE
NEW YORK, NEW YORK, 10017